# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

|  |  |
|---|---|
| **CARA WASHINGTON,** *individually and on behalf of all others similarly situated*, <br><br> Plaintiff, <br><br> v. <br><br> **CARESOURCE MANAGEMENT SERVICES, LLC,** *an Ohio limited liability company***,** <br><br> Defendant. | Case No. 3:26-cv-00037 <br><br> Judge Michael J. Newman <br><br> Magistrate Judge Peter B. Silvain, Jr. <br><br> **JOINT MOTION FOR STAY OF CASE PENDING SETTLEMENT DISCUSSIONS** |

Plaintiff Cara Washington, on behalf of herself and all others similarly situated, and Defendant CareSource Management Services, LLC, moves this Court for a stay of this case, through and including July 10, 2026, in order to allow the parties to continue to discuss settlement terms. In support of their motion, the Parties state as follows:

1. Plaintiff filed her Collective and Class Action Complaint ("Complaint") on February 5, 2026. Dkt. No. 1.

2. On April 13, Defendant filed its Partial Motion to Dismiss or to Strike Plaintiff's Rule 23 Class Action Claims. Dkt. No. 13.

3. On May 4, 2026, the parties filed their Stipulation for Twenty-One (21) Day Extension Pursuant to Local Rule 6.1 for Plaintiff to file an amended complaint. Dkt. No. 14. Pursuant to the parties' stipulation, Plaintiff's amended complaint is currently due on May 26, 2026.

4. The Parties are engaged in settlement discussions and, in order to preserve resources, including resources of the parties and judicial resources, the parties are in agreement, subject to court

approval, that this matter should be stayed for 45 days, through and including July 10, 2026, so that they may focus on such discussions.

5.      The parties propose that, within ten (10) days following the expiration of the stay, they file with the Court a Joint Status Report. To the extent the parties are able to reach a resolution, they will propose a deadline for filing a motion for approval of settlement. In the event the parties do not reach a resolution, they will propose a renewed deadline for Plaintiff to file an amended complaint.

6.      This motion is made for good cause and not for purposes of delay.   Neither party will be prejudiced by the relief sought herein.

WHEREFORE, the parties request that this Court grant their joint motion to stay this case through and including July 10, 2026.

| For Plaintiffs: | For Defendant: |
|---|---|
| */s/ Charles R. Ash, IV* | */s/  Kathleen C. Tranter* |
| Charles R. Ash, IV (*PHV*) | Kathleen C. Tranter (0089503) |
| ASH LAW, PLLC | Barry J. Miller (PHV pending) |
| 43000 W. 9 Mile Road, Ste. 301 | SEYFARTH SHAW |
| Novi, Michigan 48375 | Seaport East |
| Phone: (734) 234-5583 | Two Seaport Lane, Ste. 1200 |
| cash@nationalwagelaw.com | Boston, MA 02210-2028 |
| | Phone (617) 946-4800 |
| MARKOVITS, STOCK & DEMARCO, LLC | ktranter@seyfarth.com |
| Terence R. Coates, Esq. (0085579) | |
| 119 E. Court Street, Suite 530 | |
| Cincinnati, Ohio 45202 | |
| Phone: (513) 651-3700 | |
| tcoates@msdlegal.com | |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 26, 2026, I served the foregoing I served the foregoing upon

counsel for Defendant by electronic mail in accordance with Fed. R. Civ. P. 5(b)(2)(E), as follows:

Hillary J. Massey
Seyfarth Shaw LLP
hmassey@seyfarth.com

/s/ *Charles R. Ash, IV*
Charles R. Ash (*PHV*)