# Supreme Court of Florida

## Certificate of Good Standing

*I, JOHN A. TOMASINO, Clerk of the Supreme Court of the State of Florida, do hereby certify that*

### TAMRA CARSTEN GIVENS

*was admitted as an attorney and counselor entitled to practice law in all the Courts of the State of Florida on* **SEPTEMBER 18, 2003,** *is presently in good standing, and that the private and professional character of the attorney appear to be good.*



*WITNESS my hand and the Seal of the Supreme Court of Florida at Tallahassee, the Capital, this MAY 22, 2026.*

_____

*Clerk of the Supreme Court of Florida*