**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| CARA WASHINGTON, *individually and on behalf of all other similarly situated*, | : | Case No. 3:26-cv-37 |
| | : | |
| Plaintiffs, | : | District Judge Michael J. Newman |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| vs. | : | |
| | : | |
| CARESOURCE MANAGEMENT SERVICES LLC, | : | |
| | : | |
| Defendant. | : | |

---

## ORDER

---

This case is before the Court upon the parties' Joint Status Report (Doc. #24).

On May 27, 2026, the Court granted the parties' Joint Motion for Stay of Case Pending Settlement Discussions. (May 27, 2026 Notation Order). However, in the parties' Joint Status Report, the parties indicate that the parties were unable to reach an agreement on the terms of a settlement. (Doc. #24). They propose new deadlines in the case.

Accordingly, the stay is hereby **LIFTED**. Plaintiff shall file an Amended Collective and Class Action Complaint (Amended Complaint) on or before **August 7, 2026**. Defendant shall file its response to the Amended Complaint on or before **August 28, 2026**.

   **IT IS SO ORDERED.**

July 22, 2026                                      *s/Peter B. Silvain, Jr.*
                                                                  Peter B. Silvain, Jr.
                                                                  United States Magistrate Judge