UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

CARA WASHINGTON,
*Individually and on behalf of all others similarly situated*,

Plaintiffs,

Case No. 3:26-cv-37

vs.

CARESOURCE MANAGEMENT SERVICES LLC,

District Judge Michael J. Newman
Magistrate Judge Peter B. Silvain, Jr.

Defendant.

---

**ORDER DENYING AS MOOT DEFENDANT'S MOTION TO DISMISS (Doc. No. 13)**

---

In this civil case, premised on federal question jurisdiction, Plaintiff Cara Washington, individually and on behalf of all others similarly situated, brings a collective action against Defendant CareSource Management Services, LLC for its alleged failure to pay employees overtime wages in violation of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § § 201, *et seq.*; the Ohio Minimum Wage Fair Standards Act, Ohio R.C. § § 4111, *et* seq.; Article II of the Ohio Constitution; and Ohio common law. Doc. No. 28 at PageID 133.

Previously, Defendant filed a partial motion to dismiss Plaintiff's complaint (Doc. No. 13). Subsequently, Plaintiffs filed their Second Amended Complaint, the operative complaint in this case. Accordingly, the Court **DENIES AS MOOT** Defendant's partial motion to dismiss Plaintiff's initial complaint (Doc. No. 13).

**IT IS SO ORDERED.**

November 4, 2026

s/*Michael J. Newman*
Hon. Michael J. Newman
United States District Judge